No. 84-627. City Council of the City of Chicago v. Ketchum et al. C. A. 7th Cir. Certiorari denied.

No. 84-708. American Horse Shows Assn., Inc. v. Eighth Judicial District Court of Nevada et al. Sup. Ct. Nev. Certiorari denied.

No. 84-866. Reed et al., Co-Executors of the Estate of Hancher v. United States. C. A. 7th Cir. Certiorari denied.

No. 84-1134. Goldmar, Ltd., Inc., et al. v. Greeley et al. C. A. 11th Cir. Certiorari denied.

No. 84-1140. Melia v. United States. C. A. 4th Cir. Certiorari denied.

No. 84-1250. Messer v. Kansas. Sup. Ct. Kan. Certiorari denied.

No. 84-1285. Palmer v. Palmer et al. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 84-1320. Radford v. Jago, Superintendent, London Correctional Institution, et al. C. A. 6th Cir. Certiorari denied.

No. 84-1374. Cain v. Virginia. C. A. 4th Cir. Certiorari denied.

No. 84-1397. Northwest Commercial Fishermen's Federal Recovery Assn. v. United States. C. A. Fed. Cir. Certiorari denied.

No. 84-1415. Martelon v. Temple, Director of the National Guard Bureau, et al. C. A. 10th Cir. Certiorari denied.

No. 84-1436. Dugan & Meyers Construction Co., Inc., et al. v. Worthington Pump Corp. (USA). C. A. 6th Cir. Certiorari denied.